UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE KINNE,

    Plaintiff,

Case No. 06-12011

Honorable Nancy G. Edmunds

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/


# ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12]

This matter comes before the Court on the Magistrate Judge's May 23, 2007 Report and Recommendation [12]. Being fully advised in the premises and having reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

    SO ORDERED.

                              s/NANCY G. EDMUNDS
                              Nancy G. Edmunds
                              United States District Judge

Dated: July 16, 2007


I hereby certify that a copy of the foregoing document was served upon counsel of record on July 16, 2007, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager